UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJID ALFARAG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>    Defendants. | Case No. C24-1500-RAJ<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 6.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 6) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

//

//

//

ORDER - 1

1   Dated this 2nd day of October, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2