HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAJID ALFARAG,

      Plaintiff,

   v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION and
UNITED STATES ATTORNEY FOR
THE WESTERN DISTRICT OF
WASHINGTON,

      Defendants.

CASE NO. 2:24-cv-01500-RAJ

ORDER

     THIS MATTER is referred to this Court for the limited purpose of determining whether Plaintiff's appeal is frivolous or taken in bad faith. Dkt. # 24. The Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith. Further briefing on this issue is not necessary.

     The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

     Dated this 5th day of December, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1